

# Fourth Court of Appeals
## San Antonio, Texas

February 9, 2017

No. 04-16-00560-CV

Louis V. **DOSS**, Individually, and as Surviving Spouse of Carolyn S. Doss,
Appellant

v.

Deborah **ROBINSON**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 11-320-B
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
                   Luz Elena D. Chapa, Justice
                   Irene Rios, Justice

Appellee's Motion to Strike is hereby DENIED.

It is so **ORDERED** on February 9, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court